# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CLERK'S MINUTES

***BEFORE DISTRICT JUDGE JAMES O. BROWNING***

| | | | |
|---|---|---|---|
| **CASE NO.:** | CV 15-913 JB/SMV | **DATE:** | July 20, 2016 |
| **CASE CAPTION:** | *Richard Corman v. JWS of New Mexico, Inc.* | | |
| **CRD:** | D. Wheeler | **COURT REPORTER:** | J. Bean |
| **COURT IN SESSION:** | 9:02 a.m. | **COURT IN RECESS:** | 10:33 a.m. = 1 hr 31 mins. |

**TYPE OF PROCEEDING:** MOTION HEARING

**COURT'S RULING/DISPOSITION:**

1. Defendant's Motion for Partial Summary Judgment [39] **TAKEN UNDER ADVISEMENT**

2. Plaintiff's Cross-Motion for Partial Summary Judgment [41] **TAKEN UNDER ADVISEMENT**

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:** Court

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**

Brandt Milstein (Telephonically)

**ATTORNEYS PRESENT FOR DEFENDANT(S):**

Brad Williams (Telephonically)

Jeff Johnson (Telephonically)

## PROCEEDINGS

**Court in Session:** 9:02 a.m.

**COURT:** Calls case. Counsel enter appearances.

**COURT:** Makes disclosures that had some oil and gas interest in Eddy County. Both of you have filed motion, cross-motion – would like to confirm can write one opinion.

**Mr. Johnson**: Is appropriate to address in single opinion.

**Mr. Johnson**: Argues in support of motion.

**Mr. Milstein**: Argues in support of motion.

**Court:** Seems no genuine issues of material fact; are you in agreement can write one big set of facts and give legal answer?

**Mr. Milstein**: Agrees.

**COURT:** Will take under advisement.

**Court in Recess**: 10:33 a.m.